

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| VICENTE CUELLAR, | § | No. 08-18-00133-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D04843) |
| | § | |

# **O R D E R**

The reporter's record was initially due to be filed on August 31, 2018. The Court has granted four extensions of time to file the reporter's record, most recently extending the filing deadline until February 27, 2019.  As of this date, the reporter's record has not been filed.

Therefore, it is ORDERED that the trial court conduct a hearing to determine why the reporter's record has not been filed, and to make appropriate findings and recommendations.  The trial court shall forward its findings to the District Clerk of El Paso County, Texas, on or before March 24, 2019.  The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before April 3, 2019.  Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before April 3, 2019.

IT IS SO ORDERED this 4th day of March, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.